IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| **ROBERT WARD,** *on behalf of himself and all others similarly situated*<br><br>v.<br><br>**FLAGSHIP CREDIT ACCEPTANCE LLC** | **CIVIL ACTION**<br><br>**NO. 17-2069** |
|---|---|

## ORDER

**AND NOW** this 17th day of December, 2018, it is hereby **ORDERED** that the date of the Final Approval Hearing set forth in the Preliminary Approval Order dated September 18, 2018 (ECF 21) is hereby rescheduled to take place on Tuesday, April 2, 2019 at 2:00 p.m in Courtroom 3A at the request of the Court and with agreement by all counsel.

BY THE COURT:

/s/ Michael M. Baylson

**MICHAEL M. BAYLSON**
**United States District Court Judge**

O:\CIVIL 17\17-2069 Ward v Flagship Credit\17cv2069 Order resched final approval hrg date.docx