UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Robert Ward, *on his own behalf and on behalf of all others similarly situated*, | : : : : |
| Plaintiff, | : : |
| v. | :   Civil Action No.: 2:17-cv-02069-MMB |
| Flagship Credit Acceptance LLC, | : : : |
| Defendant | : : : : |

## MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiff Robert Ward ("Plaintiff"), by and through his undersigned counsel, hereby move for entry of an Order granting final approval of the Parties' class action Settlement Agreement.

In support, Plaintiff submits the accompanying Memorandum of Law in Support of Motion for Final Approval of Class Action Settlement and the declaration from the settlement administrator.

Plaintiff respectfully requests that the Court (1) enter the Final Approval Order in the form agreed to by the Parties as Exhibit 2 to the Settlement Agreement and submitted herewith as <u>Exhibit A</u> to this motion and (2) enter the Final Judgment and Dismissal with Prejudice in the form agreed to by the Parties as Exhibit 5 to the Settlement Agreement and submitted herewith as <u>Exhibit B</u>.

Dated: March 19, 2019                                        Respectfully submitted,

                                                             Robert Ward, *individually and on behalf of all others similarly situated*,

                                            By:    */s/ Stephen Taylor*
                                                   Sergei Lemberg
                                                   Stephen Taylor

|  |
|---|
| Lemberg Law LLC |

43 Danbury Road
Wilton, CT 06897
Tel: 203.653.2250
Fax: 203.653.3424

## **CERTIFICATE OF SERVICE**

      I, Stephen Taylor, an attorney, certify that, on March 19, 2019, the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of such filing to the following:

Gerald E. Arth
Steven J. Daroci, II
Fox Rothschild LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19103


                                                */s/ Stephen Taylor*
                                                Stephen Taylor