# EXHIBIT A



Page 1 of 3

# LEMBERG LAW

Mar. 19, 2019  11:41:29

## Client's matter expenses report

From: 2012-01-01 23:59

To: 2019-03-01 23:59

### Copy Transaction(s)

| User Name | Date | Un | Description | Size | Pages | Gross Charges | Net Charges | Status |
|---|---|---|---|---|---|---|---|---|
| Andrea Carbone | 5/4/2017 | | | ScanToDIRPER | | | 0.20 | 0.20 Normal |
| Andrea Carbone | 5/4/2017 | | | BWCOPY | | | 0.20 | 0.20 Normal |
| Andrea Carbone | 5/4/2017 | | | BWCOPY | | | 0.20 | 0.20 Normal |
| Andrea Carbone | 5/4/2017 | | | ScanToDIRPER | | | 0.05 | 0.05 Normal |
| Transtotals for Copy: | | | | | | | 0.65 | 0.65 |

### Print Transaction(s)

| User Name | Date | Descriptio | Type | Pages | Gross Charges | Net Charges | Status |
|---|---|---|---|---|---|---|---|
| Andrea Carbone | 5/4/2017 | Dymo Word Add-In (Address) | | | | 0.20 | 0.20 Normal |
| Andrea Carbone | 5/4/2017 | Edpa Ccs.Pdf | | | | 0.20 | 0.20 Normal |
| Andrea Carbone | 5/4/2017 | Edpa Summons.Pdf | | | | 0.40 | 0.40 Normal |
| Andrea Carbone | 5/4/2017 | Paed- Civil Case Filing Track Designation Form.Pdf | | | | 0.20 | 0.20 Normal |
| Andrea Carbone | 5/4/2017 | Microsoft Word - Ward V  Flagship - Complaint.Docx | | | | 2.00 | 2.00 Normal |
| Andrea Carbone | 5/4/2017 | Edpa Summons.Pdf | | | | 0.40 | 0.40 Normal |
| Andrea Carbone | 5/4/2017 | Edpa Case Management Form.Pdf | | | | 0.20 | 0.20 Normal |
| Andrea Carbone | 5/4/2017 | Edpa Designation Form.Pdf | | | | 0.20 | 0.20 Normal |
| Andrea Carbone | 5/4/2017 | Edpa Designation Form.Pdf | | | | 0.20 | 0.20 Normal |

| User Name | Date | Description | Pages | Gross Charges | Net Charges | Status |
|---|---|---|---|---|---|---|
| Andrea Carbone | 5/4/2017 | Microsoft Word - Ward - Flagship Complaint.Docx | | 0.20 | 0.20 | Normal |
| Andrea Carbone | 5/4/2017 | Ward - Complaint.Pdf | | 2.00 | 2.00 | Normal |
| Andrea Carbone | 5/4/2017 | Microsoft Word - 637970.Docx | | 0.20 | 0.20 | Normal |
| Andrea Carbone | 5/4/2017 | Fedex Ship Manager - Print Your Label(S) | | 0.20 | 0.20 | Normal |
| Transtotals for Print: | | | | 6.60 | 6.60 | |
| Totals For 18402-001 Ward, Robert / Ward v. Flagship Credit Acceptance, LLC: | | | | 7.25 | 7.25 | |

## Copy Transaction(s)

| User Name | Date | Un | Description | Size | Pages | Gross Charges | Net Charges | Status |
|---|---|---|---|---|---|---|---|---|
| Andrea Carbone | 5/11/2017 | | | ScanToDIRPER | | 0.15 | 0.15 | Normal |
| Juliet Stead | 7/12/2018 | | | ScanToDIRPER | | 0.05 | 0.05 | Normal |
| Shannon Heuston | 9/12/2018 | | | ScanToDIRPER | | 0.05 | 0.05 | Normal |
| Transtotals for Copy: | | | | | | 0.25 | 0.25 | |

## Disbursement Transaction(s)

| User Name | Date | U | Description | Disbursement Name | Gross Charges | Net Charges | Status |
|---|---|---|---|---|---|---|---|
| | 5/4/2017 | | Office Of The Clerk Of Court | Fedex | 20.75 | 20.75 | Normal |
| | 5/4/2017 | | Office Of The Clerk Of Court | Fedex | 20.75 | 20.75 | Normal |
| | 5/11/2017 | | Docket Report | Pacer | 0.10 | 0.10 | Normal |
| | 5/11/2017 | | Image1-1 | Pacer | 0.10 | 0.10 | Normal |
| | 5/11/2017 | | Image1-2 | Pacer | 0.10 | 0.10 | Normal |
| | 5/11/2017 | | Image1-3 | Pacer | 0.10 | 0.10 | Normal |
| | 6/26/2018 | | All Court Types Case Search | Pacer | 0.10 | 0.10 | Normal |
| | 6/26/2018 | | Docket Report | Pacer | 0.20 | 0.20 | Normal |
| | 12/17/2018 | | Taylorstephen | Westlaw | 47.44 | 47.44 | Normal |
| | 12/18/2018 | | Taylorstephen | Westlaw | 43.35 | 43.35 | Normal |
| | 12/19/2018 | | Taylorstephen | Westlaw | 43.07 | 43.07 | Normal |
| | 12/28/2018 | | Taylorstephen | Westlaw | 107.43 | 107.43 | Normal |
| | 1/3/2019 | | Taylorstephen | Westlaw | 67.10 | 67.10 | Normal |
| | 1/7/2019 | | Taylorstephen | Westlaw | 19.45 | 19.45 | Normal |
| | 1/8/2019 | | Taylorstephen | Westlaw | 213.23 | 213.23 | Normal |
| | 1/9/2019 | | Taylorstephen | Westlaw | 6.84 | 6.84 | Normal |
| | 1/10/2019 | | Taylorstephen | Westlaw | 191.46 | 191.46 | Normal |
| | 1/11/2019 | | Taylorstephen | Westlaw | 134.22 | 134.22 | Normal |
| | 1/16/2019 | | Taylorstephen | Westlaw | 61.11 | 61.11 | Normal |
| | 1/18/2019 | | Taylorstephen | Westlaw | 64.91 | 64.91 | Normal |
| | 1/22/2019 | | Taylorstephen | Westlaw | 128.49 | 128.49 | Normal |
| | 1/25/2019 | | Taylorstephen | Westlaw | 151.29 | 151.29 | Normal |
| | 1/30/2019 | | Taylorstephen | Westlaw | 60.19 | 60.19 | Normal |
| | 1/31/2019 | | Taylorstephen | Westlaw | 132.67 | 132.67 | Normal |
| | 2/1/2019 | | Taylorstephen | Westlaw | 101.88 | 101.88 | Normal |
| | 2/5/2019 | | Taylorstephen | Westlaw | 217.74 | 217.74 | Normal |
| | 2/8/2019 | | Taylorstephen | Westlaw | 59.08 | 59.08 | Normal |
| | 2/11/2019 | | Taylorstephen | Westlaw | 17.53 | 17.53 | Normal |

| User Name | Date | Description | Type | Pages | Gross Charges | Net Charges | Status |
|---|---|---|---|---|---|---|---|
| | 2/12/2019 | Taylorstephen | Westlaw | | 99.90 | 99.90 | Normal |
| | 2/15/2019 | Taylorstephen | Westlaw | | 124.52 | 124.52 | Normal |
| Transtotals for Disbursement: | | | | | 2,135.10 | 2,135.10 | |

## Print Transaction(s)

| User Name | Date | Description | Type | Pages | Gross Charges | Net Charges | Status |
|---|---|---|---|---|---|---|---|
| Andrea Carbone | 5/19/2017 | Affidavit Of Service - Ward.Pdf | | | 0.20 | 0.20 | Normal |
| Olga Voytovych | 11/15/2017 | Pl Ward Mediation Statement.Pdf | | | 8.40 | 8.40 | Normal |
| Olga Voytovych | 11/15/2017 | Ex A - Complaint.Pdf | | | 4.40 | 4.40 | Normal |
| Stephen Taylor | 11/15/2017 | Microsoft Word - Ward V Flagship Credit Acceptance Llc - Mediat | | | 0.80 | 0.80 | Normal |
| Stephen Taylor | 5/18/2018 | Microsoft Word - Exhibit A.Docx | | | 0.60 | 0.60 | Normal |
| Stephen Taylor | 5/18/2018 | Microsoft Word - Exhibit A _2_.Docx | | | 0.60 | 0.60 | Normal |
| Stephen Taylor | 6/25/2018 | Skm_C554E18062215540-C3.Pdf | | | 3.00 | 3.00 | Normal |
| Stephen Taylor | 6/25/2018 | Notice Of Deposition Revised.Pdf | | | 0.60 | 0.60 | Normal |
| Stephen Taylor | 7/6/2018 | Microsoft Word - Taylor Declaration.Docx | | | 1.00 | 1.00 | Normal |
| Stephen Taylor | 7/11/2018 | Microsoft Word - Lemberg Notes.Docx | | | 2.40 | 2.40 | Normal |
| Stephen Taylor | 7/12/2018 | Ward Signature.Pdf | | | 0.20 | 0.20 | Normal |
| Stephen Taylor | 7/12/2018 | Microsoft Word - Ward - Taylor Decl.Docx | | | 1.20 | 1.20 | Normal |
| Stephen Taylor | 7/12/2018 | Microsoft Word - Ward - Lemberg Decl.Docx | | | 1.40 | 1.40 | Normal |
| Juliet Stead | 7/13/2018 | Motion For Preliminary Approval.Pdf | | | 0.60 | 0.60 | Normal |
| Juliet Stead | 7/13/2018 | Ex A Mot - Preliminary Approval Order.Pdf | | | 2.00 | 2.00 | Normal |
| Juliet Stead | 7/13/2018 | Memo In Support Of Preliminary Approval.Pdf | | | 5.80 | 5.80 | Normal |
| Juliet Stead | 7/13/2018 | Ex A - Ward V Flagship - Ca Settlement Agreement Executed W Ex | | | 16.80 | 16.80 | Normal |
| Juliet Stead | 7/13/2018 | Ward - Taylor Decl.Pdf | | | 1.20 | 1.20 | Normal |
| Juliet Stead | 7/13/2018 | Ward - Lemberg Decl .Pdf | | | 1.40 | 1.40 | Normal |
| Juliet Stead | 7/13/2018 | Admin Decl.Pdf | | | 8.40 | 8.40 | Normal |
| Juliet Stead | 7/13/2018 | Microsoft Word - Cover Letter To Court.Docx | | | 0.20 | 0.20 | Normal |
| Stephen Taylor | 8/22/2018 | Microsoft Word - Document21 | | | 0.20 | 0.20 | Normal |
| Transtotals for Print: | | | | | 61.40 | 61.40 | |
| **Totals For 18402-001 Ward, Robert / Ward v. Flagship Credit Acceptance, LLC; Case No.: 2:17-cv-02069:** | | | | | 2,196.75 | 2,196.75 | |

**Find Report**
All Transactions

| Type | Date | Num | Name | Memo | Account | Clr | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| Check | 09/12/2018 | 1573 | 18402-001 Ward, ... | Court report... | 1600 · Advanced ... | | 0020 · Opera... | 483.80 | | 483.80 |
| Check | 02/12/2018 | 1136 | 18402-001 Ward, ... | Court media... | 1600 · Advanced ... | | 0020 · Opera... | 3,000.00 | | 3,483.80 |
| Check | 11/20/2017 | 3270 | 18402-001 Ward, ... | Court media... | 1600 · Advanced ... | | 0013 · Closed... | 3,000.00 | | 6,483.80 |
| Bill | 05/17/2017 | 2017... | 18402-001 Ward, ... | Process ser... | 1600 · Advanced ... | | 2000 · Accou... | 110.00 | | 6,593.80 |
| Check | 05/04/2017 | 2833 | 18402-001 Ward, ... | Court filing fee | 1600 · Advanced ... | | 0013 · Closed... | 400.00 | | 6,993.80 |
| Credit Card Char... | 05/04/2017 | | 18402-001 Ward, ... | Postage and... | 1600 · Advanced ... | | 2100 · AmEx | 97.77 | | 7,091.57 |
| **Total** | | | | | | | | **7,091.57** | **0.00** | **7,091.57** |