## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Robert Ward, *on his own behalf and on behalf of all others similarly situated*, <br><br> Plaintiff, <br> v. <br><br> Flagship Credit Acceptance LLC, <br><br> Defendant | Civil Action No.: 2:17-cv-02069-MMB |

## SUPPLEMENTAL DECLARATION OF SERGEI LEMBERG

I, Sergei Lemberg, under penalty of perjury under the laws of the United States of America, affirm and state as follows:

1. I am the principal of Lemberg Law, LLC. I submit this supplemental declaration in further support of Plaintiff's Motion for Final Approval of the Class Action Settlement and for Approval of petition for fees and costs by Class Counsel.

2. Following the April 2, 2019, Final Approval Hearing we contacted the Settlement Administrator for an updated accounting of the settlement administration costs.

3. The administrator has provided invoices which encompass all its costs in this matter and they are attached as Exhibits A & B hereto with Exhibit A as the invoices themselves and Exhibit B as the summary.

I declare under penalty of perjury that the above is true and correct.

Dated: April 16, 2019

*/s/ Sergei Lemberg*
Sergei Lemberg

# EXHIBIT A



**Class Experts Group, LLC**
740 West Glen Oaks Lane
Mequon, WI  53092 US
(262) 302-4443
info@classexpertsgroup.com
classexpertsgroup.com

**BILL TO**
Flagship Credit Acceptance, LLC
Ward v. Flagship
P.O. Box 965
Chadds Ford, PA 19317

**INVOICE #** 1071
**DATE** 07/22/2018
**TERMS** Due on receipt

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Charges** | | | |
| **Data Append Process** <br> Reverse historical lookup of names and addresses | 90,000 | 0.169 | 15,210.00 |
| **Print & Mail Postcards** <br> Notice | 90,000 | 0.098 | 8,820.00 |
| **Data Append Process** <br> National Change of Address | 1 | 750.00 | 750.00 |
| **Postage** <br> Presorted, First-Class Mail | 90,000 | 0.26 | 23,400.00 |
| **PO Box** | 1 | 960.00 | 960.00 |
| **Account Executive** | 3.25 | 275.00 | 893.75 |

PAID

**WIRING INSTRUCTIONS**
Routing Number:  121000248
Bank:  Wells Fargo Bank
Location:  San Francisco, CA
Account Number:  3228219659
Account Title:  Class Experts Group

SUBTOTAL    50,033.75
DISCOUNT    -33.75
TOTAL    50,000.00
BALANCE DUE

**$0.00**



**Class Experts Group, LLC**
740 West Glen Oaks Lane
Mequon, WI  53092 US
(262) 302-4443
info@classexpertsgroup.com
classexpertsgroup.com

**BILL TO**
Ward v. Flagship
Lemberg Law
43 Danbury Road
Wilton, CT  06897

**INVOICE #** 1125
**DATE** 11/23/2018

**TERMS** Due on receipt

| DATE | ACCOUNT SUMMARY | AMOUNT |
|---|---|---|
| 07/22/2018 | Balance Forward | $50,000.00 |
| 11/23/2018 | Payments and credits already applied to this invoice | -72,183.00 |
| | Other payments and credits between 07/22/2018 and 11/23/2018 | -50,000.00 |
| | New charges (details below) | 72,183.00 |
| | Total Amount Due | $0.00 |

*PAID*

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Charges** | | | |
| **Data Append Process** <br> Reverse historical lookup of names and addresses | 20,000 | 0.199 | 3,980.00 |
| **Print & Mail Postcards** <br> Notice | 329,000 | 0.097 | 31,913.00 |
| **Data Append Process** <br> National Change of Address | 1 | 750.00 | 750.00 |
| **Postage** <br> Presorted, First-Class Mail | 329,000 | 0.26 | 85,540.00 |

WIRING INSTRUCTIONS
Routing Number:  121000248
Bank:  Wells Fargo Bank
Location:  San Francisco, CA
Account Number:  3228219659
Account Title:  Class Experts Group

| | |
|---|---:|
| SUBTOTAL | 122,183.00 |
| DISCOUNT | -50,000.00 |
| TOTAL | 72,183.00 |
| TOTAL OF NEW CHARGES | 72,183.00 |
| BALANCE DUE | **$0.00** |



**Class Experts Group, LLC**
740 West Glen Oaks Lane
Mequon, WI  53092 US
(262) 302-4443
info@classexpertsgroup.com
classexpertsgroup.com

**BILL TO**
Ward v. Flagship
Lemberg Law
43 Danbury Road
Wilton, CT  06897

**INVOICE #** 1152
**DATE** 01/21/2019
**TERMS** Net 15

**BILL FOR**
11/19/2018 - 01/18/2019

| DATE | ACCOUNT SUMMARY | AMOUNT |
|---|---|---|
| 11/23/2018 | Balance Forward | $72,183.00 |
| | Payments and credits between 11/23/2018 and 01/21/2019 | -72,183.00 |
| | New charges (details below) | 16,266.51 |
| | Total Amount Due | $16,266.51 |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| Charges | | | |
| **Data Append Process** <br> Reverse historical lookup of names and addresses adjustment from Invoice 1125 (3,638 addresses looked up) | -16,362 | 0.199 | -3,256.04 |
| **Data Append Process** <br> Secondary reverse historical lookup of names and addresses | 5,996 | 0.199 | 1,193.20 |
| **Print & Mail Postcards** <br> Adjustment from Invoice 1125 (320,928 printed) | -8,072 | 0.097 | -782.98 |
| **Print & Mail Postcards** <br> Secondary mailing | 5,996 | 0.45 | 2,698.20 |
| **Data Append Process** <br> Secondary mailing NCOA | 1 | 750.00 | 750.00 |
| **Postage** <br> Adjustment from Invoice 1125 | -1 | 546.91 | -546.91 |
| **Postage** <br> Secondary mailing | 5,996 | 0.28 | 1,678.88 |
| **PO Box** | 2 | 960.00 | 1,920.00 |
| **Return Mail Processing** <br> Setup | 1 | 900.00 | 900.00 |
| **Return Mail Processing** | 22,410 | 0.45 | 10,084.50 |
| **Website Initial Setup** | 1 | 2,500.00 | 2,500.00 |
| **Website Monthly Maintenance** | 2 | 150.00 | 300.00 |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| Call Center Initial Setup | 1 | 2,500.00 | 2,500.00 |
| Call Center Monthly Maintenance | 2 | 180.00 | 360.00 |
| Call Center IVR | 39.50 | 70.00 | 2,765.00 |
| Call Center Operator | 31.75 | 110.00 | 3,492.50 |
| Claims Processing Setup | 1 | 2,500.00 | 2,500.00 |
| Claims Processing | 86,578 | 0.50 | 43,289.00 |
| Account Executive | 41 | 175.00 | 7,175.00 |
| Case Manager | 30.75 | 160.00 | 4,920.00 |
| Clerical Service | 5 | 75.00 | 375.00 |
| QA/QC | 5 | 95.00 | 475.00 |
| Miscellaneous Expenses Domain Name Registration | 1 | 9.16 | 9.16 |
| Miscellaneous Expenses Website Security Certificate | 1 | 650.00 | 650.00 |
| CAFA Notice | 1 | 2,500.00 | 2,500.00 |

WIRING INSTRUCTIONS
Routing Number: 121000248
Bank: Wells Fargo Bank
Location: San Francisco, CA
Account Number: 3228219659
Account Title: Class Experts Group

| | |
|---|---|
| SUBTOTAL | 88,449.51 |
| DISCOUNT | -72,183.00 |
| TOTAL | 16,266.51 |
| TOTAL OF NEW CHARGES | 16,266.51 |
| BALANCE DUE | **$16,266.51** |



**Class Experts Group, LLC**
740 West Glen Oaks Lane
Mequon, WI  53092 US
(262) 302-4443
info@classexpertsgroup.com
classexpertsgroup.com

**BILL TO**
Ward v. Flagship
Lemberg Law
43 Danbury Road
Wilton, CT  06897

**INVOICE #** 1164
**DATE** 02/19/2019
**TERMS** Net 60

**BILL FOR**
1/19/2019 - 2/18/2019

| DATE | ACCOUNT SUMMARY | AMOUNT |
|---|---|---|
| 01/21/2019 | Balance Forward | $16,266.51 |
| | Payments and credits between 01/21/2019 and 02/19/2019 | 0.00 |
| | New charges (details below) | 14,351.48 |
| | Total Amount Due | $30,617.99 |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Charges** | | | |
| **Return Mail Processing** | 9,442 | 0.45 | 4,248.90 |
| **Data Append Process** <br> Advanced Best Address lookup | 30,770 | 0.13 | 4,000.10 |
| **Data Append Process** <br> NCOA | 1 | 750.00 | 750.00 |
| **Return Mail Remail** | 23,662 | 0.45 | 10,647.90 |
| **Postage** | 1 | 6,336.08 | 6,336.08 |
| **Website Monthly Maintenance** | 1 | 150.00 | 150.00 |
| **Call Center Monthly Maintenance** | 1 | 180.00 | 180.00 |
| **Call Center IVR** | 46.25 | 70.00 | 3,237.50 |
| **Call Center Operator** | 39 | 110.00 | 4,290.00 |
| **Claims Processing** | 17,662 | 0.50 | 8,831.00 |
| **Banking QSF Setup** | 1 | 1,800.00 | 1,800.00 |
| **Account Executive** | 33 | 175.00 | 5,775.00 |
| **Case Manager** | 65 | 160.00 | 10,400.00 |
| **Clerical Service** | 38 | 75.00 | 2,850.00 |
| **QA/QC** | 9 | 95.00 | 855.00 |

| | | |
|---|---|---:|
| WIRING INSTRUCTIONS | SUBTOTAL | 64,351.48 |
| Routing Number:  121000248 | DISCOUNT | -50,000.00 |
| Bank:  Wells Fargo Bank | TOTAL | 14,351.48 |
| Location:  San Francisco, CA | TOTAL OF NEW | 14,351.48 |
| Account Number:  3228219659 | CHARGES | |
| Account Title:  Class Experts Group | BALANCE DUE | **$30,617.99** |



**Class Experts Group, LLC**
740 West Glen Oaks Lane
Mequon, WI  53092 US
(262) 302-4443
info@classexpertsgroup.com
classexpertsgroup.com

**BILL TO**
Ward v. Flagship
Lemberg Law
43 Danbury Road
Wilton, CT  06897

**INVOICE #** 1176
**DATE** 03/23/2019
**TERMS** Net 15

**BILL FOR**
02/19/2019 - 03/18/2019

| DATE | ACCOUNT SUMMARY | AMOUNT |
|---|---|---|
| 02/19/2019 | Balance Forward | $30,617.99 |
|  | Payments and credits between 02/19/2019 and 03/23/2019 | 0.00 |
|  | New charges (details below) | 26,313.00 |
|  | Total Amount Due | $56,930.99 |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Charges** | | | |
| **Return Mail Remail** | 3,625 | 0.45 | 1,631.25 |
| **Data Append Process** | 4,115 | 0.13 | 534.95 |
| Advanced Address Update | | | |
| **Return Mail Remail** | 44 | 0.45 | 19.80 |
| **Postage** | 44 | 0.50 | 22.00 |
| **Website Monthly Maintenance** | 1 | 150.00 | 150.00 |
| **Call Center Monthly Maintenance** | 1 | 180.00 | 180.00 |
| **Call Center IVR** | 48.15 | 70.00 | 3,370.50 |
| **Call Center Operator** | 54.75 | 110.00 | 6,022.50 |
| **Claims Processing** | 14,684 | 0.50 | 7,342.00 |
| **Tax Services QSF** | 1 | 2,800.00 | 2,800.00 |
| **Account Executive** | 14 | 175.00 | 2,450.00 |
| **Case Manager** | 8 | 160.00 | 1,280.00 |
| **Clerical Service** | 3 | 75.00 | 225.00 |
| **QA/QC** | 3 | 95.00 | 285.00 |

WIRING INSTRUCTIONS
Routing Number: 121000248
Bank:  Wells Fargo Bank

TOTAL OF NEW CHARGES   26,313.00

Location: San Francisco, CA
Account Number: 3228219659
Account Title: Class Experts Group

BALANCE DUE

$56,930.99



**Class Experts Group, LLC**
740 West Glen Oaks Lane
Mequon, WI  53092 US
(262) 302-4443
info@classexpertsgroup.com
classexpertsgroup.com

**BILL TO**
Ward v. Flagship
Lemberg Law
43 Danbury Road
Wilton, CT  06897

**INVOICE #** 1177
**DATE** 04/05/2019

**TERMS** Net 15

**BILL FOR**
Final Invoice

| DATE | ACCOUNT SUMMARY | AMOUNT |
|---|---|---|
| 03/23/2019 | Balance Forward | $56,930.99 |
|  | Payments and credits between 03/23/2019 and 04/05/2019 | 0.00 |
|  | New charges (details below) | 103,279.01 |
|  | Total Amount Due | $160,210.00 |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| Charges | | | |
| Website Monthly Maintenance | 8 | 150.00 | 1,200.00 |
| Call Center Monthly Maintenance | 8 | 180.00 | 1,440.00 |
| Call Center IVR | 385 | 70.00 | 26,950.00 |
| Call Center Operator | 438 | 110.00 | 48,180.00 |
| Claims Processing | 1,076 | 0.50 | 538.00 |
| Print & Mail Checks | 67,255 | 0.59 | 39,680.45 |
| Data Append Process<br>NCOA | 3 | 500.00 | 1,500.00 |
| Postage<br>Checks | 67,255 | 0.48 | 32,282.40 |
| Return Check Processing | 12,000 | 0.75 | 9,000.00 |
| Print & Mail Checks<br>Check Remail | 10,000 | 1.15 | 11,500.00 |
| Postage<br>Check Remail | 10,000 | 0.48 | 4,800.00 |
| Banking Services | 8 | 150.00 | 1,200.00 |
| Banking Services<br>Check Clearing | 67,255 | 0.10 | 6,725.50 |
| Miscellaneous Expenses | 1 | 5,000.00 | 5,000.00 |
| Account Executive | 40 | 175.00 | 7,000.00 |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| Case Manager | 35 | 160.00 | 5,600.00 |
| Clerical Service | 25 | 75.00 | 1,875.00 |
| QA/QC | 15 | 95.00 | 1,425.00 |

WIRING INSTRUCTIONS
Routing Number: 121000248
Bank: Wells Fargo Bank
Location: San Francisco, CA
Account Number: 3228219659
Account Title: Class Experts Group

SUBTOTAL 205,896.35
DISCOUNT -102,617.34
TOTAL 103,279.01
TOTAL OF NEW CHARGES 103,279.01
BALANCE DUE **$160,210.00**

Case 2:17-cv-02069-MMB   Document 29-1   Filed 04/16/19   Page 12 of 14

# EXHIBIT B



**Class Experts Group, LLC**
740 West Glen Oaks Lane
Mequon, WI  53092 US
(262) 302-4443
info@classexpertsgroup.com
classexpertsgroup.com

# Statement

**TO**
Ward v. Flagship
Lemberg Law
43 Danbury Road
Wilton, CT  06897

**STATEMENT NO.** 1018
**DATE** 06/01/2019

| DATE | ACTIVITY | AMOUNT | RECEIVED |
|---|---|---|---|
| 07/22/2018 | Invoice #1071 | 50,000.00 | 50,000.00 |
| 11/23/2018 | Invoice #1125 | 72,183.00 | 72,183.00 |
| 01/21/2019 | Invoice #1152 | 16,266.51 | 0.00 |
| 02/19/2019 | Invoice #1164 | 14,351.48 | 0.00 |
| 03/23/2019 | Invoice #1176 | 26,313.00 | 0.00 |
| 04/05/2019 | Invoice #1177 | 103,279.01 | 0.00 |

**TOTAL AMOUNT** $282,393.00
**TOTAL RECEIVED** $122,183.00