IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| **ROBERT WARD,** *on behalf of himself and all others similarly situated*<br><br>v.<br><br>**FLAGSHIP CREDIT ACCEPTANCE LLC** | **CIVIL ACTION**<br><br>**NO. 17-2069** |
|---|---|

## ORDER RE: PROPOSED MASTER

The Court continues to have some concerns about the reasonableness of the proposed settlement. Therefore, the Court gives notice of an intent to appoint the Honorable Jane Greenspan, formerly Justice of the Supreme Court of Pennsylvania and Judge of the Pennsylvania Court of Common Pleas, as a Master for limited purposes of reviewing the proposed settlement, pursuant to Federal Rule of Civil Procedure 53.

1. The parties shall have ten (10) days to submit any position as to this appointment and may suggest other candidates for appointment.

2. The proposed Master advises that the proposed fee for this assignment will be $600 per hour, plus administrative fees to be determined, to be paid out of the settlement amount, assuming it is approved and if not, by Plaintiffs and Defendant in equal shares.

3. The proposed Master must file an affidavit disclosing whether there is any ground for disqualification under 28 U.S.C. § 455.

4. The Master will be requested to complete this assignment within ninety (90) days.

BY THIS COURT:

**DATE: July 1, 2019**

**/s/ Joshua D. Wolson for**
**MICHAEL M. BAYLSON**
**United States District Court Judge**

O:\CIVIL 17\17-2069 Ward v Flagship Credit\17cv2069 Rule 53 order re prop master.docx