# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Robert Ward, *on his own behalf and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>Flagship Credit Acceptance LLC,<br><br>Defendant | Civil Action No.: 2:17-cv-02069-MMB |

## POSITION STATEMENT REGARDING ORDER RE: PROPOSED MASTER

Plaintiff, Robert Ward, by and through his undersigned counsel, respectfully responds to the Court's Order Re: Proposed Master of July 2, 2019 (Doc. No. 35).

Plaintiff does not object to the appointment of the Honorable Jane Greenspan as Master to review the reasonableness of the proposed settlement.

Plaintiff believes the Class Settlement Agreement to be fair, reasonable and adequate meriting final approval and hopes the Master can report back to the Court well within the ninety (90) day period set forth by the Court (*Id.* ¶ 4). Plaintiff will work expeditiously to provide the Master whatever information may be needed.

Dated: July 3, 2019

Respectfully submitted,

Robert Ward, *individually and on behalf of all others similarly situated*,

By: */s/ Stephen Taylor*
Sergei Lemberg
Stephen Taylor
Lemberg Law LLC

43 Danbury Road  
Wilton, CT 06897  
Tel: 203.653.2250  
Fax: 203.653.3424

# CERTIFICATE OF SERVICE

       I, Stephen Taylor, an attorney, certify that, on July 3, 2019, the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of such filing to the following:

Gerald E. Arth
Steven J. Daroci, II
Fox Rothschild LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19103

                                                */s/ Stephen Taylor*
                                                Stephen Taylor