# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBERT WARD,** *on behalf of himself and all others similarly situated*<br><br>v.<br><br>**FLAGSHIP CREDIT ACCEPTANCE LLC** | **CIVIL ACTION**<br><br>**NO. 17-2069** |

## ORDER APPOINTING A MASTER

Both Plaintiff and Defendant having filed a Statement that they have no objection to the appointment of Honorable Jane Cutler Greenspan as a Master in this case pursuant to Rule 53, Federal Rules of Civil Procedure, and the Court having received from Justice Greenspan an appropriate Affidavit as required under Rule 53, it is on this 15th day of July, 2019 hereby **ORDERED**:

1. The Honorable Jane Cutler Greenspan is appointed as a Master in this case to review the proposed settlement and prepare a Report and Recommendation as to whether the settlement should be approved as fair and reasonable and as meeting the Third Circuit requirements.

2. The Court suggests that Justice Greenspan initially meet with each counsel individually and review with them their information that they assert warranted their entering into this settlement agreement, and any other considerations. The Court would appreciate receiving this Report and Recommendation within 60 days.

**BY THIS COURT:**

/s/ Michael M. Baylson
**MICHAEL M. BAYLSON**
**United States District Court Judge**

O:\CIVIL 17\17-2069 Ward v Flagship Credit\17cv2069 order appointing master.docx