**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ROBERT WARD,** *on behalf of himself and all others similarly situated*<br><br>v.<br><br>**FLAGSHIP CREDIT ACCEPTANCE LLC** | **CIVIL ACTION**<br><br>**NO. 17-2069** |

## ORDER RE: MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

**AND NOW**, this 13th day of February, 2020, upon consideration of Plaintiff's Motion for Final Approval of Class Action Settlement (ECF 25) and Plaintiff's Motion for An Award of Attorneys' Fees and Expenses and an Incentive Award to the Named Plaintiff (ECF 26), oral argument, and for the reasons discussed in the foregoing Memorandum, it is hereby **ORDERED** that the Plaintiff's Motions are **DENIED**.

BY THIS COURT:

s/ Michael M. Baylson

_____
**MICHAEL M. BAYLSON
United States District Court Judge**

O:\CIVIL 17\17-2069 Ward v Flagship Credit\17cv2069 Order re Motion for Final Approval.docx