# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Robert Ward,** *on his own behalf and on behalf of all others similarly situated*, <br> Plaintiff, <br> v. <br><br> **Flagship Credit Acceptance, LLC,** <br> Defendant | **CIVIL ACTION NO. 17-2069** |

## ORDER

**AND NOW** this 10th day of November, 2020, for the reasons stated in the foregoing Memorandum, Defendant's Motion to Stay Discovery (ECF 57) is **GRANTED** in part and **DENIED** in part.

>    **BY THIS COURT:**
>
>    s/ Michael M. Baylson
>    _____
>    **MICHAEL M. BAYLSON**
>    **United States District Court Judge**

O:\CIVIL 17\17-2069 Ward v Flagship Credit\17cv2069 Order on Motion to Stay 11102020.docx