# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Robert Ward, *on his own behalf and on behalf of all others similarly situated*,<br><br>         Plaintiff,<br><br>v.<br><br>Flagship Credit Acceptance LLC,<br><br>         Defendant | Civil Action No.: 2:17-cv-02069-MMB |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Robert Ward and Defendant Flagship Credit Acceptance LLC, by and through their counsel, stipulate and agree to dismiss this action with prejudice and without costs to either party.

Dated: December 8, 2021

| | |
|---|---|
| */s/ Sergei Lemberg* | */s/ Gerald E. Arth* |
| Sergei Lemberg | Gerald E. Arth |
| Stephen Taylor (*phv*) | Steven J. Daroci, II |
| LEMBERG LAW LLC | Fox Rothschild LLP |
| 43 Danbury Road | 2000 Market Street, 20th Floor |
| Wilton, CT 06897 | Philadelphia, PA 19103 |
| Telephone: (203) 653-2250 | Telephone: (215) 299-2000 |
| Facsimile: (203) 653-3424 | Facsimile: (215) 299-2150 |
| *Counsel for Plaintiff Robert Ward* | *Counsel for Defendant Flagship Acceptance LLC* |